**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**VALUECARE MEDICAL LOGISTICS, LLC,**

        **Plaintiff,**

    v.                                  **Civil Action 2:24-cv-1173**
                                       **Judge Michael H. Watson**
                                       **Magistrate Judge Chelsey M. Vascura**

**VENSURE HR, INC.,**

        **Defendant.**

**ORDER**

    This matter is before the Court on parties' Joint Motion for Stay. (ECF No. 26.) For good cause shown, the Motion is **GRANTED**.  The case is **STAYED** until **September 29, 2025**. All dates and deadlines are suspended accordingly. Parties are **ORDERED** to file a joint status report at the conclusion of the stay.

    **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE